IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH A. CASTRO,**<br><br>Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>Defendants. | Case No. 2:20-cv-1259 WBS AC P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO OPT OUT OF POST-SCREENING ADR PROJECT** |

Good cause appearing, Defendants' Request for an Extension of Time in which to opt out of the Post-Screening ADR Project (ECF No. 19) is GRANTED. The last day to opt out of the Post-Screening ADR Project is May 27, 2022.

Dated: April 27, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:20-cv-1259 WBS AC P)