1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH A. CASTRO,                          No.  2: 20-cv-1259 WBS AC P

12              Plaintiff,

13         v.                                     ORDER

14    RALPH DIAZ, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  On June 8, 2022, the undersigned issued a minute order setting this action

19   for a settlement conference on September 6, 2022.  (ECF No. 21.)  The minute order directed the

20   parties to exchange non-confidential settlement conference statement seven days prior to the

21   settlement conference.  (Id.)  The minute order stated that these statements shall be

22   simultaneously mailed or delivered to the court at the undersigned's email address.  (Id.)

23         On June 16, 2022, plaintiff filed a request for clarification of the June 8, 2022 minute

24   order.  (ECF No. 22.)  Plaintiff states that he does not understand what a settlement conference

25   statement is or what should be in it.  Plaintiff is informed that the settlement conference statement

26   is a document addressing the resolution of this action plaintiff seeks at the settlement conference.

27   For example, the settlement conference statement shall address plaintiff's explanation of the

28   underlying facts and the amount of money plaintiff seeks in a settlement, if appropriate.

1

1    In the June 16, 2022 request, plaintiff states that he is unable to send his settlement

2  conference statement to the court via the undersigned's email address.  Plaintiff may mail his

3  settlement conference statement to the undersigned.  Plaintiff shall clearly mark this document as

4  his settlement conference statement.

5    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for clarification (ECF

6  No. 22) is deemed resolved.

7  Dated:  June 22, 2022

8

9    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

Castro1259.ord

15

16

17

18

19

20

21

22

23

24

25

26

27

28